1  William W. Wynder, Bar No. 84753
   wwynder@awattorneys.com
2  Sunny K. Soltani, Bar No. 209774
   ssoltani@awattorneys.com
3  Jeff M. Malawy, Bar No. 252428
   jmalawy@awattorneys.com
4  Kathryn C. Phelan, Bar No. 210486
   kphelan@awattorneys.com
5  ALESHIRE & WYNDER, LLP
   18881 Von Karman Avenue, Suite 1700
6  Irvine, CA 92612
   Telephone:  (949) 223-1170
7  Facsimile:  (949) 223-1180

8  Attorneys for Defendants
   CITY OF CARSON, a municipal corporation; CITY
9  OF CARSON MOBILEHOME PARK RENTAL
   REVIEW BOARD, a public administrative body

10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

   COLONY COVE PROPERTIES, LLC, a          )  Case No. CV14-03242 PSG (PJWx)
14 Delaware limited liability company,        )
                                              )
15              Plaintiff,                     )  **DEFENDANTS' REQUEST FOR**
          vs.                                  )  **JUDICIAL NOTICE**
16                                             )
   CITY OF CARSON, a municipal              )  [Filed concurrently with Notice of
17 corporation; CITY OF CARSON             )  Motion and Motion to Dismiss
   MOBILEHOME PARK RENTAL                  )  Complaint; Memorandum of Points
18 REVIEW BOARD, a public                   )  and Authorities in Support Thereof;
   administrative body; and DOES 1 to 10,    )  Declaration of Jeff M. Malawy;
19 inclusive,                                 )  [Proposed] Order]
                                              )
20              Defendants.                    )  Date:       August 11, 2014
   _____        )  Time:       1:30 p.m.
21                                                Courtroom:  880 - Roybal
                                                  Judge:      Hon. Philip S. Gutierrez
22

23

24          Defendants City of Carson and City of Carson Mobilehome Park Rental

25 Review Board (collectively, "City") hereby request the Court to take judicial notice

26 pursuant to Federal Rule of Evidence ("FRE") 201 of the facts and items listed

27 below.

28

                                    -1-
                        REQUEST FOR JUDICIAL NOTICE

FRE 201 allows this Court to take judicial notice of facts that are not subject to reasonable dispute in that they are either (1) generally known within the territorial jurisdiction or (2) capable of accurate determination by resort to sources whose accuracy cannot reasonably be questioned. FRE 201(b).

1.    Exhibit A -- The City's Mobilehome Rent Control Ordinance, Carson Municipal Code, art. IV, ch. 7, §§ 4700-4711 (the "Ordinance").

2.    Exhibit B -- City Council Resolution No. 98-010, enacted on February 17, 1998, adopting the Guidelines for Implementation of the Mobilehome Space Rent Control Ordinance ("Guidelines").

3.    Exhibit C -- City Council Resolution No. 06-149, enacted on October 31, 2006, amending the Guidelines.

4.    Exhibit D -- City's Mobilehome Park Rental Review Board ("Board") Resolution No. 2008-256, adopted on August 6, 2008, granting Plaintiff Colony Cove Properties, LLC ("Colony Cove") a rent increase under the Ordinance.

5.    Exhibit E -- "Petition For Writ Of Administrative Mandate," filed December 23, 2009 by Colony Cove in *Colony Cove Properties, LLC v. City of Carson and City of Carson Mobilehome Park Rental Review Board*, Los Angeles Superior Court Case No. BS124253 ("Year 1").

6.    Exhibit F -- "Notice Of Motion And Motion For Writ Of Administrative Mandate; Memorandum Of Points And Authorities In Support Thereof," filed May 3, 2010 by Colony Cove in *Colony Cove Properties, LLC v. City of Carson and City of Carson Mobilehome Park Rental Review Board*, Los Angeles Superior Court Case No. BS124253.

7.    Exhibit G -- Board Resolution No. 2009-269, adopted on July 8, 2009, granting Colony Cove a rent increase under the Ordinance.

8.    Exhibit H -- "Verified Petition For Writ Of Administrative Mandate," filed February 3, 2010 by Colony Cove in *Colony Cove Properties, LLC v. City of Carson and City of Carson Mobilehome Park Rental Review Board*, Los Angeles

Superior Court Case No. BS124776 ("Year 2").

9.      Exhibit I -- Board Resolution No. 2010-277, adopted on February 24, 2010, granting Colony Cove a rent increase under the Ordinance.

10.      Exhibit J -- "Verified Petition For Writ Of Administrative Mandate," filed August 11, 2010  by Colony Cove in *Colony Cove Properties, LLC v. City of Carson and City of Carson Mobilehome Park Rental Review Board*, Los Angeles Superior Court Case No. BS127863 ("Year 3").

11.      Exhibit K -- Board Resolution No. 2011-289, adopted on March 23, 2011, granting Colony Cove a rent increase under the Ordinance.

12.      Exhibit L -- "Verified Petition For Writ Of Administrative Mandate," filed June 20, 2011 by Colony Cove in *Colony Cove Properties, LLC v. City of Carson and City of Carson Mobilehome Park Rental Review Board*, Los Angeles Superior Court Case No. BS132471 ("Year 4").

13.      Exhibit M -- Board Resolution No. 2012-306, adopted on October 10, 2012, granting Colony Cove a rent increase under the Ordinance.

14.      Exhibit N -- "Verified Petition For Writ Of Administrative Mandate," filed December 20, 2012 by Colony Cove in *Colony Cove Properties, LLC v. City of Carson and City of Carson Mobilehome Park Rental Review Board*, Los Angeles Superior Court Case No. BS140908  ("Year 5").

15.      Exhibit O -- Board Resolution Nos. 2004-226, 2004-227, and 2004-230, adopted in 2004, granting rent increases to park owners using the Maintenance of Net Operating Income methodology.

16.      Exhibit P -- Resolution No. 09-108 of the City Council of the City of Carson Approving Tentative Parcel Map No. 067049 for Mobilehome Resident Ownership Conversion of Colony Cove Mobilehome Park, adopted on October 20, 2009.

17.      Exhibit Q -- Carson Municipal Code, art. IX, ch. 1, § 9128.21.

18.     Exhibit R -- "Notice of Related Case," filed by Carson Harbor Village, Ltd., in *Carson Harbor Village, Ltd. v. City of Carson*, Los Angeles County Superior Court Case No. BS112239.

19.     Exhibit S -- California Secretary of State Corporate Filing Information And Officers for Colony Cove Properties, LLC; Carson Harbor Village, Ltd.; Goldstein Properties, Inc.; and El Dorado Palm Springs, L.P.

20.     Exhibit T -- 1984 State of California Certificate of Limited Partnership for Carson Harbor Village, Ltd., and 1986, 2004, and 2008 amendments to same.

It is proper for this Court to take judicial notice of the ordinances and resolutions identified above as "Exhibit A," "Exhibit B," "Exhibit C," "Exhibit D," "Exhibit G," "Exhibit I," "Exhibit K," "Exhibit M," "Exhibit O," "Exhibit P," and Exhibit Q".   Public records on file with the City Clerk, such as ordinances, resolutions, permit applications, and public contracts, are proper subjects for judicial notice.   *Santa Monica Food Not Bombs v. City of Santa Monica* ("*Food Not Bombs*"), 450 F.3d 1022, 1025 (9th Cir. 2006) [city ordinances are proper subjects for judicial notice].

It is proper for this Court to take judicial notice of the state court filings identified above as "Exhibit E," "Exhibit F," "Exhibit H," "Exhibit J," "Exhibit L," "Exhibit N," and "Exhibit R".   Federal courts may "take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to the matters at issue." *U.S. ex rel Robinson Rancheria Citizens Council v. Borneo, Inc.,* 971 F.2d 244, 248 (9th Cir. 1992).   Here, the City's Motion to Dismiss uses these documents to demonstrate that certain issues were raised and decided in prior state court litigation between these same parties, for issue preclusion and/or claim preclusion purposes.   Judicial notice for this purpose is appropriate.  *Manufactured Home Communities, Inc. v. City of San Jose*, 420 F.3d 1022, 1037 (9th Cir. 2005).

1      It is proper for this Court to take judicial notice of corporate filings as

2  identified above as "Exhibit S" and "Exhibit T". *Lee v. City of Los Angeles*, 250

3  F.3d 668, 689 (9th Cir. 2001) [court may take judicial notice of matters of public

4  record]; *Grassmueck v. Barnett*, 281 F. Supp. 2d 1227, 1232 (W.D. Wash. 2003)

5  [public records kept by Secretary of State "fall directly into the category of items the

6  Ninth Circuit generally considers proper for judicial notice."].

7      Based upon the foregoing, the City respectfully requests that this Court grant

8  its Request for Judicial Notice.

9

10  Dated: June 11, 2014          WILLIAM W. WYNDER

SUNNY K. SOLTANI

11                           JEFF M. MALAWY

KATHRYN C. PHELAN

12                           ALESHIRE & WYNDER, LLP

13

14                       By: _____

15                          William W. Wynder

Attorneys for Defendants

16                         CITY OF CARSON, a municipal

corporation; CITY OF CARSON

17                         MOBILEHOME PARK RENTAL

REVIEW BOARD, a public

18                         administrative body

19

20

21

22

23

24

25

26

27

28