UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

REDACTED

FILED
CLERK, U.S. DISTRICT COURT
MAY -5 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JURY NOTE NO. __1__

Case No.: CV 14-3242-PSG (PJWx)   Date: 5/4/16

Title: COLONY COVE PROPERTIES, LLC. -VS- CITY OF CARSON, ET AL.   Time: 3:50

____ THE JURY HAS REACHED A UNANIMOUS VERDICT.

✓ THE JURY REQUESTS THE FOLLOWING:

1) Which exhibit addresses the $200 approved rent increase by the staff (Rental Board) for the first year rent increase that Mr. Goldstein would have accepted but only received $36.74.

SIGNED BY: FOREPERSON OF THE JURY