**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

REDACTED

FILED
CLERK, U.S. DISTRICT COURT
MAY -5 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

JURY NOTE NO. 2

Case No.: CV 14-3242-PSG (PJWx)    Date: 5/4/16

Title: COLONY COVE PROPERTIES, LLC. -VS- CITY OF CARSON, ET AL.    Time: 3:55

____ THE JURY HAS REACHED A UNANIMOUS VERDICT.

✓ THE JURY REQUESTS THE FOLLOWING:

1) Were the improvements shared between the City of Carson and mr. Goldstein and if not, how was he reimbursed?

SIGNED BY:   FOREPERSON OF THE JURY