REDACTED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAY - 5 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

## JURY NOTE NO. 3

Case No.:  CV 14-3242-PSG (PJWx)          Date: 5/4/16

Title:  COLONY COVE PROPERTIES, LLC.       Time: 4:35
        -VS- CITY OF CARSON, ET AL.

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT.

✓ THE JURY REQUESTS THE FOLLOWING:

Do we need to rephrase our questions to get an answer?

SIGNED BY:  FOREPERSON OF THE JURY