REDACTED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

MAY - 5 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

### JURY NOTE NO. _4_

Case No.: **CV 14-3242-PSG (PJWx)**          Date: _5/4/16_

Title: **COLONY COVE PROPERTIES, LLC.**          Time: _11:04_
       **-VS- CITY OF CARSON, ET AL.**

✓    **THE JURY HAS REACHED A UNANIMOUS VERDICT.**

_____ **THE JURY REQUESTS THE FOLLOWING:**

_____

_____

_____

_____

_____

_____

**SIGNED BY:   FOREPERSON OF THE JURY**