## LIST OF EXHIBITS AND WITNESSES

| Case Number | CV 14-3242-PSG (PJWx): | | Title | COLONY COVE PROPERTIES, LLC. -VS- CITY OF CARSON, ET AL. |
|---|---|---|---|---|
| Judge | PHILIP S. GUTIERREZ | | | |
| Dates of Trial or Hearing | 4/28/16; 4/29/16; 5/3/16; 5/4/16; 5/5/16 | | | |
| Court Reporters or Tape No. | MAREA WOOLRICH; MIRANDA ALGORRI | | | |
| Deputy Clerks | WENDY HERNANDEZ | | | |

FILED
CLERK, U.S. DISTRICT COURT
MAY - 5 2016
CENTRAL DISTRICT OF CALIFORNIA
BY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Matthew Close | Stephen Onstot |
| Dimitri Portnoi | June Ailin |
| Thomas Casparian | Jeffrey Malawy |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| D1 | 4/28/16 | 5/3/16 | | | | Carson Harbor & Colony Cove | |
| D2 | 4/28/16 | 5/3/16 | | | | Comparison of rents at Carson Harbor & CC | |
| D3 | 4/28/16 | 5/3/16 | | | | Timeline | |
| D4 | 4/29/16 | 5/3/16 | | | | Lost Rent Damage Calculation | |
| D5 | 4/29/16 | 5/3/16 | | | | Colony Cove Lost Rent Damages | |
| D6 | 4/29/16 | 5/3/16 | | | | Calculation of Prejudgment Interest | |
| D7 | 4/29/16 | 5/3/16 | | | | Historical Levels of the S&P 500 Index | |
| D8 | 4/28/16 | 5/3/16 | | | | Listing Price and Offers for Colony Cove | |
| D9 | 4/28/16 | 5/3/16 | | | | Damage Calculations Before Interest | |
| D10 | 4/28/16 | 5/3/16 | | | | Damage Calculations With Interest | |
| | | | D13 | | 5/3 | GUIDELINES EXCERPT | |
| | | | D14 | | 5/3 | ORDINANCE EXCERPT | |
| | | | D15 | | 5/3 | LETTER EXCERPT 1 | |
| | | | D16 | | 5/3 | LETTER EXCERPT 2 | |
| | | | D17 | | 5/3 | LETTER EXCERPT 3 | |
| | | | D18 | | 5/3 | POTENTIAL RENT INCREASES | |
| | | | D19 | | 5/3 | SALOMON/ELLIS COMPARISON | |

MATTHEW W. CLOSE (Bar No. 188570)
mclose@omm.com
DIMITRI D. PORTNOI (Bar No. 282871)
dportnoi@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071–2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Additional Plaintiff's counsel listed on
signature page.*

Attorneys for Plaintiff
Colony Cove Properties, LLC

JUNE S. AILIN (Bar No. 109498)
jailin@awattorneys.com
SUNNY K. SOLTANI (Bar No. 209774)
ssoltani@awattorneys.com
JEFF M. MALAWY (Bar No. 252428)
jmalawy@awattorneys.com
ALESHIRE & WYNDER, LLP
18881 Von Karman Avenue, Suite 1700
Irvine, California 92612
Telephone: (949) 223.1170
Facsimile: (949) 223.1180

Attorneys for Defendants
City of Carson and City of Carson
Mobilehome Park Rental Review Board

FILED
CLERK, U.S. DISTRICT COURT

MAY – 5 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY COVE PROPERTIES, LLC, a Delaware limited liability company, | Case No. CV 14-03242 PSG (PJWx) |
| Plaintiff,<br>v. | **JOINT WITNESS LIST** |
| CITY OF CARSON, a municipal corporation; CITY OF CARSON MOBILEHOME PARK RENTAL REVIEW BOARD, a public administrative body; and DOES 1 to 10, inclusive,<br><br>Defendants. | Judge: Hon. Philip S. Gutierrez<br>Pretrial Conference: March 21, 2016<br>Trial Date: April 5, 2016 |

Pursuant to Local Rule 16-5, Plaintiff Colony Cove Properties, LLC ("Colony Cove") and Defendants City of Carson and City of Carson Mobilehome Park Rental Review Board (collectively, the "City" or "Defendants") hereby submit the following joint witness list:

*Colony Cove Properties, LLC v. City of Carson, et al.*
Case No. CV 14-03242 PSG (PJWx)

| Name | Party Calling | Brief Description of Testimony | Length of Direct Examination | Length of Cross Examination | Total Time |
|---|---|---|---|---|---|
| James F. Goldstein | Plaintiff | Colony Cove's negotiation and purchase of Colony Cove Mobile Estates (the "Park") and Colony Cove's reasonable, investment-backed expectations at the time of the purchase regarding the City's treatment of Colony Cove's debt service. The losses the Park suffered in the relevant years. | 4 hours  4/28/14  5/3/14 | 2 hours | 6 hours |
| Noelle Stephens | Plaintiff | Colony Cove's expenses, income, and operating losses in the relevant years. | 90 minutes  4/29/14 | 1 hour | 2 hours 30 minutes |

1

| Peter A. Salomon | Plaintiff | Expert opinion on the amount of economic damages owed to Colony Cove due to the City's actions related to not providing rent increases that account for the financing costs Colony Cove incurred to purchase the Park in April 2006.  Expert opinion on prejudgment interest rate and the amount of prejudgment interest on these economic damages. | 3 hours 4/29/16 | 1 hour | 4 hours |
| Rob A. Detling | Plaintiff | Expert opinion on the appraised value of the Park at the time of Colony Cove's purchase in April 2006. | 2 hours 4/29/16 | 1 hour | 3 hours |

| Kenneth Baar | Defendants | Expert analysis of factors and methods Defendants may use to set allowable rent increases and the economic foundation for them; precedent with respect to consideration of debt service. Unique in that he is the only witness that will assist the trier of fact in understanding the variables that may be analyzed and approaches taken by Defendants in making rent control decisions. | 2 hours 5/3/16 | 2 hours | 4 hours |
| James Brabant | Defendants | Expert opinion (1) critiquing John Neet's "Fair Return Analysis" and Rob Detling's appraisal of the park, and (2) presenting his own appraisal of the value of the park at the time of purchase by Plaintiff. Unique in that he is the only witness providing such critiques and an appraisal other than Plaintiff's. | 2 hours | 2 hours | 4 hours |
| John Ellis | Defendants | Expert opinion critiquing Salomon's report on damages. Unique in that he is the only witness providing such critique. | 1 hour 5/3/16 | 1 hour | 2 hours |

| Kenneth Freschauf | Defendants | Nature of the government action for Defendants' rent control system; how staff processes applications, particularly review of claimed expenses; staff processing of Colony Cove applications in Years 1-8; historical Board treatment of debt service expenses; revenue and expenses of Colony Cove; history of rent control litigation by Mr. Goldstein against Carson; Mr. Goldstein's applications to subdivide his Carson parks.  Mr. Freschauf is unique in that he is Defendants' staff on rent control matters and has been for decades; thus, he is the only witness who will testify as to how the rent control system was applied to Mr. Goldstein's parks. | 4 hours | 2.5 hours | 6.5 hours |
|---|---|---|---|---|---|

| Doug Danny | Defendants (via depo) | Market conditions for mobilehome park sales; negotiations for the sale and purchase of the park reflecting buyer's and sellers goals and expectations. Unique in that he is the real estate broker for the purchase and sale of the park. | 45 minutes  MAY - 3 2016 | 20 minutes | 1 hour 5 minutes |
| Mark Hansen | Defendants | Mr. Goldstein's objectives and expectations in purchasing the park using financing. Unique in that he was Mr. Goldstein's broker re financing. | 2 hours  5/3/u | 2 hours | 4 hours |
| Ann James* | Defendants (via depo) | Adverse witness regarding property management, including revenues and expenses. Unique in that she is the park's property manager | 30 minutes | 15 minutes | 45 minutes |
| Noelle Stephens* | Defendants | Adverse witness regarding park operations and profit/loss. Unique in that she was the "go to" person regarding park finances. | 1 hour | Colony Cove objects to the City recalling this witness. The City should examine this witness on cross-examination. | |

| | | | | | |
|---|---|---|---|---|---|
| James Goldstein* | Defendants | Adverse witness on economic impact and investment expectations. Unique in that Mr. Goldstein is the park owner. | 3 hours | Colony Cove objects to the City recalling this witness. The City should examine this witness on cross-examination. | |
| John Neet* | Defendants | Adverse witness on the "Fair Return Analysis" he prepared in support of a rent increase application. Unique in that he was the author of such analysis. | 30 minutes | 15 minutes | 45 minutes |
| Matt Crow* | Defendants (via depo) | How the park was marketed, Mr. Goldstein's investment expectations, and why Mr. Goldstein's offer for the park was accepted; authentication of documents by seller Grossman Properties. Unique in that he is the only witness representing the seller of the park. | 15 minutes | 15 minutes | 30 minutes |
| Carson City Clerk/ Custodian of Records* | Defendants | Authentication/ certification of city documents | 15 minutes | 15 minutes | 30 minutes |

* Asterisk indicates witness which a party may call if the need arises.

| | | |
|---|---|---|
| 1 | DATED:  February 29, 2016 | Respectfully submitted, |
| 2 | | |
| 3 | | GILCHRIST & RUTTER<br>Professional Corporation |
| 4 | | & |
| 5 | | O'MELVENY & MYERS LLP |
| 6 | | |
| 7 | | By: _____ /s/ Matthew W. Close _____ |
| 8 | | MATTHEW W. CLOSE |
| 9 | | DIMITRI D. PORTNOI<br>O'MELVENY & MYERS LLP |
| 10 | | 400 South Hope Street<br>Los Angeles, CA 90071–2899 |
| 11 | | Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407 |
| 12 | | |
| 13 | | RICHARD H. CLOSE (Bar No. 50298)<br>rclose@gilchristrutter.com |
| 14 | | THOMAS W. CASPARIAN (Bar No.<br>169763) |
| 15 | | tcasparian@gilchristrutter.com<br>YEN N. HOPE (Bar No. 233880) |
| 16 | | yhope@gilchristrutter.com<br>GILCHRIST & RUTTER |
| 17 | | Professional Corporation |
| 18 | | 1299 Ocean Avenue, Suite 900<br>Santa Monica, California 90401–1000 |
| 19 | | Telephone: (310) 393-4000<br>Facsimile: (310) 394-4700 |
| 20 | | |
| 21 | | Attorneys for Plaintiff<br>Colony Cove Properties, LLC |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1  DATED:  February 29, 2016          ALESHIRE & WYNDER, LLP

2

3

4                                    By:  _____/s/ Stephen R. Onstot_____
                                         Sunny K. Soltani
5                                        June S. Ailin
                                         Stephen R. Onstot
6                                        Jeff M. Malawy
                                         Margaret W. Rose
7                                        Laura Leitner
                                         ALESHIRE & WYNDER, LLP
8                                        18881 Von Karman Avenue, Suite 1700
                                         Irvine, California 92612
9                                        Telephone: (949) 223-1170
                                         Facsimile: (949) 223-1180
10

11                                       Attorneys for Defendants City of Carson
                                         and City of Carson Mobilehome Park
12                                       Rental Review Board, a public
                                         administrative body
13

14

15

16                          **ATTESTATION**

17        I hereby attest that the other signatory listed, on whose behalf this filing is

18  submitted, concurs in the filing's content and has authorized the filing.

19

20  Dated:  February 29, 2016            O'MELVENY & MYERS LLP

21                                       By:  __/s/ Matthew W. Close_____
                                              Matthew W. Close
22

23

24

25

26

27

28

1   MATTHEW W. CLOSE (Bar No. 188570)
    mclose@omm.com
2   DIMITRI D. PORTNOI (Bar No. 282871)
    dportnoi@omm.com
3   O'MELVENY & MYERS LLP
4   400 South Hope Street
    Los Angeles, CA 90071–2899
5   Telephone: (213) 430-6000
    Facsimile: (213) 430-6407
6

7   *Additional Plaintiff's counsel listed on*
    *signature page.*
8

9   Attorneys for Plaintiff
    Colony Cove Properties, LLC
10

11  JUNE S. AILIN (Bar No. 109498)
    jailin@awattorneys.com
12  SUNNY K. SOLTANI (Bar No. 209774)
    ssoltani@awattorneys.com
13  JEFF M. MALAWY (Bar No. 252428)
    jmalawy@awattorneys.com
14  ALESHIRE & WYNDER, LLP
    18881 Von Karman Avenue, Suite 1700
15  Irvine, California 92612
    Telephone: (949) 223.1170
16  Facsimile: (949) 223.1180

17
    Attorneys for Defendants
18  City of Carson and City of Carson
    Mobilehome Park Rental Review Board
19

20              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
21

| | |
|---|---|
| 22   COLONY COVE PROPERTIES, LLC, a Delaware limited liability company, | Case No. CV 14-03242 PSG (PJWx) |
| 23                    Plaintiff, | **REVISED JOINT EXHIBIT LIST** |
| 24           v. | |
| 25   CITY OF CARSON, a municipal corporation; CITY OF CARSON | Judge:  Hon. Philip S. Gutierrez |
| 26   MOBILEHOME PARK RENTAL | Trial Date:  April 28, 2016 |
| 27   REVIEW BOARD, a public administrative body; and DOES 1 to 10, inclusive, | |
| 28              Defendants. | |

FILED
CLERK, U.S. DISTRICT COURT

MAY - 5 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

Pursuant to Local Rule 16-6.1, the Minutes of the March 21, 2016 Pretrial Conference (Dkt. No. 110), and the April 18, 2016 Pretrial Conference (Dkt. No. 143), Plaintiff Colony Cove Properties, LLC ("Plaintiff" or "Colony Cove") and Defendants City of Carson and City of Carson Mobilehome Park Rental Review Board (collectively, the "City" or "Defendants") hereby submit the following Revised Joint Exhibit List.

*Colony Cove Properties, LLC v. City of Carson, et al.*
Case No. CV 14-03242 PSG (PJWx)

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 8 | General Electric Capital Corporation Letter to Jim Goldstein, dated February 17, 2006 | Pltf | S | S | | | |
| 9 | Hansen Financial Group Letter to James F. Goldstein, dated March 3, 2006 | Pltf | S | S | | | |
| 10 | Art Tuverson Email to Mark Hansen, dated March 7, 2006 | Pltf | S | S | | | |

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 11 | Loan Disbursement Statement | Pltf | S | S | | | 4/28 |
| 18 | Handwritten cover letter from James Goldstein to Matt Crowe re: 5% capitalization rate, financing of the park, and Richard Close's comments about the difficulties and risks for park owners in the City CC005330-CC005345 | Defs | S | S | | 4/28/14 | 4/28 |
| *21 | Colony Cove Projected 2006 Income and Expenses CC005401 | Defs | S | S | | | 4/28 |
| 23 | Handwritten notes re: effect of property tax increase, capital improvement, and new space income on rent increase CC005347 | Defs | S | S | | | 4/28 |

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 25 | Supplement to Purchase Offer and Sales Contract, entered into as of March 29, 2006 | Pltf | S | S | | | 4/28/14 |
| *26 | First Amendment to Purchase Offer and Sales Contract dated March 7, 2006 CC000394-CC000395 | Defs | S | S | | | 4/28/14 |
| 28 | Loan Agreement between Colony Cove Properties, LLC as Borrow and General Electric Capital Corporation as Lender, dated March 30, 2006 | Pltf | S | S | | | 4/28/14 |
| 29 | Promissory Note for $18,000,000.00, dated March 30, 2006 | Pltf | S | S | | | 4/28/14 |

3

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 30 | Deed of Trust, Security Agreement and Fixture Filing, executed as of March 30, 2006 | Pltf | S | S | | | 4/28/16 |
| 35 | Gilchrist & Rutter Letter to Kenneth Freschauf, dated March 27, 2008 | Pltf | S | S | | | 4/28/16 |
| 36 | Self-Contained Appraisal Report of Rob A. Detling, dated March 13, 2007 | Pltf | S | S | | | 4/28/16 |
| 39 | Cal Am Properties Letter and Offer, dated January 30, 2006 | Pltf | S | S | | | 4/28/16 |
| 40 | David Weisswasser Summary of Offer and Offer | Pltf | S | S | | | 4/28/16 |
| 41 | Purchase Offer and Sales Contract | Pltf | S | S | | | 4/28/16 |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 46 | Colony Cove Mobile Estates Application for Mobilehome Space Rent Increase, submitted on or around September 28, 2007 | Pltf | S | S | | | 4/28/16 |
| 47 | Colony Cove Mobile Estates Application for Mobilehome Space Rent Increase, submitted on or around September 28, 2008 | Pltf | S | S | | | 4/28/16 |
| 48 | City of Carson Staff Report to Mobilehome Park Rental Review Board, dated February 13, 2008 | Pltf | S | S | | | 4/28/16 |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 49 | City of Carson Staff Report to Mobilehome Park Rental Review Board, dated June 10, 2009 | Pltf | S | S | | | 4/28/16 |
| 50 | Resolution No. 2008-256: A Resolution Of The Carson Mobilehome Park Rental Review Board Granting A General Rent Increase For Colony Cove Mobile Estates | Pltf | S | S | | | 4/28/16 |
| 51 | Resolution No. 2009-269: A Resolution Of The Carson Mobilehome Park Rental Review Board Granting A General Rent Increase For Colony Cove Mobile Estates | Pltf | S | S | | | 4/28/16 |

6

Case No. CV 14-03242 PSG (PJWx)

REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 54 | Staff's Additional Property Tax Worksheet for Year 1 Application [Exhibit Y to Year 1 Staff Report) - June 2008 | Defs | S | S | | | 4/28/16 |
| 55 | 2006-07 Operating Expense Adjustments | Pltf | s | s | | | 4/28/16 4/29/16 |
| 57 | Resolution No. 97-185: A Resolution Of The Carson Mobilehome Park Rental Review Board Granting A Rent Increase For Carson Harbor Village Mobilehome Park | Pltf | s | s if other similar pre-purchase exhibits are admitted; if not, obj relevance | Relevant to Colony Cove's expectations at the time it purchased the Park because Colony Cove's owner was aware of this Resolution when he decided to purchase the Park. | | 4/29/16 |

7

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *58 | City of Carson Staff Report to Mobilehome Park Rental Review Board, dated October 25, 2000 | Pltf | s | s if other similar pre-purchase exhibits are admitted; if not, obj relevance | Admissible and relevant as a rebuttal exhibit if any of Defendants' Exhibits 2031–2052, 2056–2058 are admitted. | | |
| 59 | City of Carson Staff Report to Mobilehome Park Rental Review Board, dated February 28, 2001 | Pltf | s | s if other similar pre-purchase exhibits are admitted; if not, obj relevance | Relevant to Colony Cove's expectations at the time it purchased the Park because Colony Cove's owner was aware of this report when he decided to purchase the Park. | | |

8

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 60 | Resolution No. 2001-212: A Resolution Of The Carson Mobilehome Park Rental Review Board Granting A Rent Increase For Carson Harbor Village Mobilehome Park | Pltf | s | s if other similar pre-purchase exhibits are admitted; if not, obj relevance | Relevant to Colony Cove's expectations at the time it purchased the Park because Colony Cove's owner was aware of this Resolution when he decided to purchase the Park. | | 4/29/16 |
| 61 | Gilchrist & Rutter Letter to Kenneth Freschauf, dated September 28, 2007 | Pltf | s | s | | | 4/28/16 |

9

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 62 | Supplemental Report of Investigation of City Clerk Jim Dear, dated October 15, 2015 | Pltf | s | obj: hearsay, irrelevant, prejudice far outweighs probative value, foundation, reasons set forth in Motion In Limine | Party admission, not hearsay, because the City authorized the report under FRE 801(d)(2); public record; relevant to whether the City was politically motivated when it amended the Guidelines and decided Colony Cove's rent-increase applications for Years 1 and 2, as confirmed by the Court's ruling . (*See* Dkt. No. 161 (Order Denying Defendants' Motion *in Limine* No. 4 to Exclude Evidence of Political Pressure).) | | |

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 65 | January 19, 2006 typed cover letter from James Goldstein to Matt Crowe re: 5% capitalization rate, financing of the purchase, and Richard Close's comments about the difficulties and risks for a park owner in Carson CC000648 | Defs | S | S | | | 4/28/16 |
| *68 | City of Carson Staff Report to Mobilehome Park Rental Review Board, dated November 20, 1996 | Pltf | s | s if other similar pre-purchase exhibits are admitted; if not, obj relevance | Admissible and relevant as a rebuttal exhibit if any of Defendants' Exhibits 2031–2052, 2056–2058 are admitted. | | |
| 71 | Subpoena to Testify at a Deposition in a Civil Action to Kenneth Baar | Pltf | s | s | | | 4/28/16 |

11

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 74 | Analysis of the Colony Cove Mobile Estates Rent Increase Application by Kenneth K. Baar (Feb. 2008) | Defs | S | Obj: Improper expert opinion for the reasons set forth in Plaintiff's Motion *in Limine* No. 7 (*See* Dkt. No. 69). Fair return analysis irrelevant to any issues to be tried . (*Id.*) Relies upon an inadmissible chart comparing rent increases that Mr. Baar did not prepare. Relies on pre-purchase cases that Mr. Goldstein was not aware of. | Admissible expert opinion for reasons in Def's Opposition to Plf's MIL No. 7 ("City's Opp."). Fair return analysis is relevant as explained in City's Opp. Mr. Goldstein should have made himself aware of pre-purchase cases in order for his expectations to be reasonable. | 5/3/14 | 5/3/14 |

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 75 | Supplemental Analysis of Applicant's Submissions of March 27 and May 29, 2008 by Kenneth K. Baar (June 2008) | Defs | S | Obj: Improper expert opinion for the reasons set forth in Plaintiff's Motion *in Limine* No. 7. (*See* Dkt. No. 69.) | Admissible expert opinion for reasons in Def's Opposition to Plf's MIL No. 7. | 5/3/16 | 5/3/16 |

13

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 76 | Analysis of the Colony Cove Mobile Estates Rent Increase Application by Kenneth K. Baar (June 2009) | Defs | S | Obj: Improper expert opinion for the reasons set forth in Plaintiff's Motion *in Limine* No. 7 (*See* Dkt. No. 69). Fair return analysis irrelevant to any issues to be tried . (*Id.*) Relies upon an inadmissible chart comparing rent increases that Mr. Baar did not prepare. Relies on pre-purchase cases that Mr. Goldstein was not aware of. | Admissible expert opinion for reasons in Def's Opposition to Plf's MIL No. 7 ("City's Opp."). Fair return analysis is relevant as explained in City's Opp. Mr. Goldstein should have made himself aware of pre-purchase cases in order for his expectations to be reasonable. | | 5/3/16 |

Case No. CV 14-03242 PSG (PJWx)

REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 77 | Attachment 1 to Baar FRCP 26(a)(2)(B) Report | Defs | s | Obj: Improper expert opinion for the reasons set forth in Plaintiff's Motion *in Limine* No. 7 (*See* Dkt. No. 69). Fair return analysis irrelevant to any issues to be tried . (*Id.*) Relies upon an inadmissible chart comparing rent increases that Mr. Baar did not prepare. Relies on pre-purchase cases that Mr. Goldstein was not aware of. | Admissible expert opinion for reasons in Def's Opposition to Plf's MIL No. 7 ("City's Opp."). Fair return analysis is relevant as explained in City's Opp. Mr. Goldstein should have made himself aware of pre-purchase cases in order for his expectations to be reasonable. | 5/3/u | |

15

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 78 | Resolution No. 84-057: A Resolution Of The Carson Mobilehome Park Rental Review Board Granting A Resident Increase For Carson Harbor Village Mobilehome Park | Defs | S | S | Relevant to whether Colony Cove's expectations were reasonable, because shows that prior to purchase of Colony Cove the Board did not pass through a new owner's purchase debt service; a reasonable investor would have considered the entirety of the Board's past practice, not just that which the investor found favorable | | 4/28/16 |

16

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 79 | Resolution No. 2004-225: A Resolution Of The Carson Mobilehome Park Rental Review Board Granting A General Rent Increase For Paradise Trailer Park | Defs | S | Obj: Irrelevant to Colony Cove's expectations because Mr. Goldstein was not aware of this decision at the time he purchased the mobilehome park. | Relevant to whether Colony Cove's expectations were reasonable, because shows that prior to purchase of Colony Cove the Board did not pass through a new owner's purchase debt service; a reasonable investor would have considered the entirety of the Board's past practice, not just that which the investor found favorable | 4/8/16 | 5/4/16 |

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 81 | Chart Regarding City Resolutions | Defs | Obj. This is an unidentified chart allegedly summarizing City resolutions regarding rent decisions that was prepared by unnamed staff. | Obj: Exhibit to Mr. Baar's expert reports, which are inadmissible for the reasons stated in Plaintiff's Motion *in Limine* No. 7 (*See* Dkt. No. 69). Irrelevant because it references decisions that Mr. Goldstein was not aware of when purchasing the Park.. | Dr. Baar's reports are admissible expert opinion for reasons in Def's Opposition to Plf's MIL No. 7 ("City's Opp."). Mr. Goldstein should have made himself aware of pre-purchase cases in order for his expectations to be reasonable. | | |
| 84 | Uniform Standards of Professional Appraisal Practice (2010-2011 Edition) | Pltf | S | S | | | |
| 86 | Uniform Standards of Professional Appraisal Practice (2016-2017 Edition) | Pltf | S | S | | | |

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 87 | Assumptions and Limiting Conditions | Pltf | s | s | | | 4/28/16 w/drawn 5/4 |
| 88 | Appraiser's Certificate by James Brabant | Pltf | s | s | | | 4/28/16 w/drawn 5/4 |
| 89 | Excerpts from The Appraisal of Real Estate | Pltf | s | s | | | 4/28/16 w/drawn 5/4 |
| 92 | Uniform Standards of Professional Appraisal Practice and Advisory Opinions (2006 Edition) | Pltf | s | s | | | 4/28/16 w/drawn 5/4/16 |
| 94 | Expert Report of Peter A. Salomon, CPF, CFF, dated January 11, 2016 | Pltf | s | s | | | 4/28/16 |

Case No. CV 14-03242 PSG (PJWx)

REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 95 | Letter from Peter A. Salomon, CPA, CFF to Matthew W. Close, Esq. re: invoices for services rendered by Salomon Forensics, LLP in the Colony Cove Properties, LLC v. City of Carson matter + invoice for services rendered from January 1, 2016 through January 31, 2016 | Defs | S | S | | | 4/28/16 |
| *96 | *U.S. v. 429.59 Acres of Land* (9th Cir. 1980) 612 F.2d 459 | Defs | S | S | | | 4/28/16 |
| 1000 | Marcus & Millichap Offering Memorandum | Pltf | s | s | | | 4/28/16 |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1001 | Resolution No. 98-010: A Resolution Of The City Of Carson Adopting Revised Guidelines For Implementati on Of The Mobilehome Space Rent Control Ordinance, Chapter 7, Article IV, Of The Carson Municipal Code And Replacing The Policy Guidelines For Capital Improvement Rent Increases and Guidelines for Implementati on of the Mobilehome Space Rent Control Ordinance | Pltf | s | s | | | 4/28/16 |

21

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1002 | City of Carson Municipal Code, Chapter 7, Mobilehome Space Rent Control | Pltf | S | S | | | 4/28/16 |
| 1003 | Resolution No. 06-149: A Resolution Of The City Council Of The City Of Carson, California, Amending Resolution No. 98-010 Adopting Revised Guidelines For Implementation Of The Mobilehome Space Rent Control Ordinance, Chapter 7, Article IV, Of The Carson Municipal Code | Pltf | S | S | | | 4/28/16 |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1004 | *Palacio de Anza v. Palm Springs Rent Review Commission,* 209 Cal. App. 3d 116 (1989) | Pltf | S | obj: irrelevant, misleading to trier of fact | Relevant to Colony Cove's expectations at the time it purchased the Park because Colony Cove's owner was aware of this decision when he decided to purchase the Park. | 4/28/16 | 4/28/16 |
| 1005 | *Carson Gardens, LLC v. City of Carson Mobilehome Park Rental Review Board,* 135 Cal. App. 4th 856 (2006). | Pltf | S | obj: irrelevant misleading to trier of fact | Relevant to Colony Cove's expectations at the time it purchased the Park because Colony Cove's owner was aware of this decision when he decided to purchase the Park. (*See* Dkt. No. 149 (denying Defendants' Motion *in Limine* No. 2 to Exclude *Carson Gardens*).) | | 4/28/16 |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1006 | Peremptory Writ of Mandate in *Carson Gardens, LLC v. City of Carson Mobilehome Park Rental Review Board,* Los Angeles Superior Court Case No. BS 072845 | Pltf | S | obj: irrelevant, misleading to trier of fact | Relevant to Colony Cove's expectations at the time it purchased the Park because Colony Cove's owner was aware of the decision and its common interpretation as requiring consideration of debt service and other acquisition costs, and the writ establishes the objective reasonableness of that understanding and expectation. (*See* Dkt. No. 149 (denying Defendants' Motion *in Limine* No. 2 to Exclude *Carson Gardens*).) | | |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1007 | Admitted Facts | Pltf | N/A. Not evidence | Obj. City has no objection to providing this document to jury. But City objects to placing it on the Exhibit List because it is not evidence. Further, Plaintiff added this to the Exhibit List on April 24, 2016. The Court's meet and confer order re admissibility did not contemplate addition of new exhibits near the eve of trial | The parties have jointly agreed that the jury may accept these facts as admitted. | | |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1008 | Historical Prices of S&P 500 (12/1/00 – 12/1/14) | Pltf | S | Obj. Plaintiff added this to the Exhibit List on April 24, 2016. City has not had sufficient time to prepare for Plf's use of this exhibit at trial. The Court's meet and confer order re admissibility did not contemplate addition of new exhibits near the eve of trial | The prices are properly subject to judicial notice as set forth in Colony Cove's proposed disputed jury instruction No. 14. | 4/29/16 | 4/29/16 |

26

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1009 | Resolution No. 2003-220: A Resolution of the Carson Mobilehome Park Rental Review Board Granting a Rent Increase for Carson Harbor Village Mobilehome Park | Pltf | s | Obj. Plaintiff added this to the Exhibit List on April 24, 2016. City has not had sufficient time to prepare for Plf's use of this exhibit at trial. The Court's meet and confer order re admissibility did not contemplate addition of new exhibits near the eve of trial | Relevant to Colony Cove's expectations at the time it purchased the Park because Mr. Goldstein was aware of this resolution when he decided to purchase the Park. | | |

27

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1010 | City of Carson Staff Report to Mobilehome Park Rental Review Board for Carson Harbor Village Mobilehome Park dated January 8, 2003 | Pltf | S | Obj. Plaintiff added this to the Exhibit List on April 24, 2016. City has not had sufficient time to prepare for Plf's use of this exhibit at trial. The Court's meet and confer order re admissibility did not contemplate addition of new exhibits near the eve of trial | Relevant to Colony Cove's expectations at the time it purchased the Park because Mr. Goldstein was aware of this staff report when he decided to purchase the Park. | | |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 2001 | Complaint, *Carson Harbor Village, Ltd v. City of Carson*, U.S.DC CV-90-03428-LEW [1991 WL634911], Filed on or about Oct. 22, 1990 | Defs | S | Obj: Irrelevant; FRE 403 — any minimal probative value is substantially outweighed by the danger of unfair prejudice and confusion. | Relevant to Colony Cove's expectations at the time it purchased the Park because in this complaint Colony Cove's owner alleged the Ordinance does not allow recovery of debt service sufficient for a profit, and that he lost millions of dollars due to the Ordinance. | 4/28/16 | 4/28/16 |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 2002 | Petition for Writ of Mandate, *Carson Harbor Village, Ltd. v. City of Carson Mobilehome Park Rental Review Bd.*, LASC BS044580, Filed on or about April 22, 1997 | Defs | S | Obj: Irrelevant; FRE 403 — any minimal probative value is substantially outweighed by the danger of unfair prejudice and confusion. | Relevant to Colony Cove's expectations at the time it purchased the Park because in this complaint Colony Cove's owner alleged Carson's Ordinance requires rents to remain at very low levels and does not permit reasonable increases in rents. | | |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 2003 | Complaint, *Carson Harbor Village, LTD v. City of Carson, et al.*, U.S. DC CV-01-04799-RJK, Filed on or about May 29, 2001 | Defs | S | Obj: Irrelevant; FRE 403 — any minimal probative value is substantially outweighed by the danger of unfair prejudice and confusion. | Relevant to Colony Cove's expectations at the time it purchased the Park because in this complaint Colony Cove's owner alleged Carson's Ordinance penalizes park owners and mandates lower returns each year, and thereby destroyed his expectations | | |

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 2004 | City of Carson City Council Resolution No. 09-108, *Approving Tentative Parcel Map No. 067049 for a Mobilehome Resident Ownership Conversion of Colony Cove, An Existing Mobilehome Park*, dated October 20, 2009 [12 pages] CAR000206-CAR000216 | Defs | S | Obj: Irrelevant. Inadmissible in light of the Court's order granting Plaintiff's Motion *in Limine* No. 4 which precludes arguments and evidence regarding Colony Cove's value and operations after July 2009. (*See* Dkt. Nos. 66, 146.) | Court denied Plf's MIL No. 1, which sought to exclude this evidence. Relevant to mitigation of damages because this approval gives Colony Cove the power to eliminate Carson rent control in the park. Relevant to expectations because indicates intent for profitability by means other than recovering debt service Relevant to economic impact because an entitled park has higher value. | | |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 2005 | Final Approved Subdivision Map for Conversion of Colony Cove Mobile Estates to Resident Ownership [9 pages] | Defs | S | Obj: Irrelevant. Inadmissible in light of the Court's order granting Plaintiff's Motion *in Limine* No. 4 which precludes arguments and evidence regarding Colony Cove's value and operations after July 2009. (*See* Dkt. Nos. 66, 146.) | Court denied Plf's MIL No. 1, which sought to exclude this evidence. Relevant to mitigation of damages because this approval gives Colony Cove the power to eliminate Carson rent control in the park. Relevant to expectations because indicates intent for profitability by means other than recovering debt service Relevant to economic impact because an entitled park has higher value. | | |

33

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 2006 | Planning Commission Staff Report re Tentative Parcel Map No. 067049, 17700 Avalon Blvd. CAR000224-CAR000230 | Defs | S | Obj: Irrelevant. Inadmissible in light of the Court's order granting Plaintiff's Motion *in Limine* No. 4 which precludes arguments and evidence regarding Colony Cove's value and operations after July 2009. (*See* Dkt. Nos. 66, 146.) | Court denied Plf's MIL No. 1, which sought to exclude this evidence. Relevant to mitigation of damages because this approval gives Colony Cove the power to eliminate Carson rent control in the park. Relevant to expectations because indicates intent for profitability by means other than recovering debt service Relevant to economic impact because an entitled park has higher value. | | |

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 2007 | Self-Contained Appraisal Report by Anderson & Brabant, Inc. for Colony Cove Mobile Estates, 17700 Avalon Boulevard, Carson, California, Appraised for City of Carson dated February 28, 2011 00645 - 00727 | Defs | S | S | | | w/drawn 5/4/16 |

35

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 2008 | Rebuttal Report by John G. Ellis, MAI, CRE, FRICS of Integra Realty Resources concerning Report Dated January 11, 2016, and Prepared by Peter A. Salomon, CPA, CFF For Colony Cove Properties, LLC dated February 8, 2016 | Defs | S | S | | | 4/28/16 |
| 2009 | Expert Report of James Brabant, MAI dated February 8, 2016 concerning Rob A. Detling's Self-Contained Appraisal Report dated March 13, 2007 | Defs | S | S | | | 4/28/16 w/Drawn 5/4/16 |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 2010 | Report by Anderson & Brabant, Inc. dated June 5, 2008 for review of the September 25, 2007 Fair Return Analysis for Colony Cove Mobile Estates prepared by John P. Neet, MAI 01498-01511 | Defs | S | Obj: Irrelevant to any issue to be tried in this case for the reasons set forth in Plaintiff's Motion *in Limine* No. 8. (*See* Dkt. No. 71.) | Relevant to Colony Cove's expectations at the time it purchased the Park because it indicates the level of return Colony Cove should have expected. Relevant to economic impact because indicates Board's decisions placed Colony Cove on same economic footing as at time of purchase. | | W/Drawn 5/4/16 |

37

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 2011 | Table of Colony Cove Profits, Years 1-8 (demonstrative) | Defs | S | Obj: Any financial information for Colony Cove after Year 2 Decision (July 2009) is irrelevant to the issues to be tried. (*See* Dkt Nos. 146 & 147 (granting Plaintiff's Motions *in* Limine Nos. 4 and 5.)) | Relevant to Colony Cove's expectations at the time it purchased the Park, and to economic impact, because it indicates the Park is a profitable investment over the long term, as Colony Cove expected. | | |
| 2012 | Staff's Year 1 Colony Cove Operating & Maintenance Expenses Calculations (2004-2006/2007) [Exhibit page E-11 to Year 1 Staff Report] - June 2008 | Defs | S | S | | | 4/28/16 |

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 2013 | Staff's adjustments to claimed operating expenses for Year 2 Rent Increase Application [Exhibit pages D-15 thru D-17 of Year 2 staff report] - June 2009 | Defs | S | S | | | 4/28/16 |
| 2014 | Staff's Year 2 Colony Cove Operating & Maintenance Expenses Calculations (2005-2007/2008) [Exhibit page D-23 to Year 2 Staff Report] - June 2009 | Defs | S | S | | | 4/28/16 |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 2015 | Colony Cove's Year 3 Rent Increase Application (08/09 Expense Year) - October 2009 | Defs | S | Obj: Irrelevant and inadmissible pursuant to the Court's orders granting Plaintiff's Motions *in Limine* Nos. 4 and 5. (*See* Dkt Nos. 146 (granting Plaintiff's Motion *in Limine* No. 4 to exclude evidence regarding park value after July 2009) & 147 (granting Plaintiff's Motions *in Limine* No. 5 to exclude evidence of Plaintiff's rent increase applications in Years 3–5.)) | Relevant to Colony Cove's expectations at the time it purchased the Park, and to economic impact, because it indicates the Park is an increasingly profitable investment over the long term, as Colony Cove expected. | | |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 2016 | Staff Report for Year 3 Rent Increase Application (w/o exhibits) - February 2010 | Defs | S | Obj: Irrelevant and inadmissible pursuant to the Court's orders granting Plaintiff's Motions *in Limine* Nos. 4 and 5. (*See* Dkt Nos. 146 (granting Plaintiff's Motion *in Limine* No. 4 to exclude evidence regarding park value after July 2009) & 147 (granting Plaintiff's Motions *in Limine* No. 5 to exclude evidence of Plaintiff's rent increase applications in Years 3–5.)) | Relevant to Colony Cove's expectations at the time it purchased the Park, and to economic impact, because it indicates the Park is an increasingly profitable investment over the long term, as Colony Cove expected. | | |

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 2017 | Staff's adjustment to claimed operating expenses for Year 3 Rent Increase Application [Exhibit pages D-13 to D-15 of Year 2 staff report] - February 2010 | Defs | S | Obj: Irrelevant and inadmissible pursuant to the Court's orders granting Plaintiff's Motions *in Limine* Nos. 4 and 5. (*See* Dkt Nos. 146 (granting Plaintiff's Motion *in Limine* No. 4 to exclude evidence regarding park value after July 2009) & 147 (granting Plaintiff's Motions *in Limine* No. 5 to exclude evidence of Plaintiff's rent increase applications in Years 3–5.)) | Relevant to Colony Cove's expectations at the time it purchased the Park, and to economic impact, because it indicates the Park is an increasingly profitable investment over the long term, as Colony Cove expected. | | |

42

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 2018 | Staff's Year 3 Colony Cove Operating & Maintenance Expenses Calculations (07/08-08/09) [Exhibit page D-17 to Year 3 Staff Report] - February 2010 | Defs | S | Obj: Irrelevant and inadmissible pursuant to the Court's orders granting Plaintiff's Motions *in Limine* Nos. 4 and 5. (*See* Dkt Nos. 146 (granting Plaintiff's Motion *in Limine* No. 4 to exclude evidence regarding park value after July 2009) & 147 (granting Plaintiff's Motions *in Limine* No. 5 to exclude evidence of Plaintiff's rent increase applications in Years 3–5.)) | Relevant to Colony Cove's expectations at the time it purchased the Park, and to economic impact, because it indicates the Park is an increasingly profitable investment over the long term, as Colony Cove expected. | | |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 2019 | Colony Cove's Year 4 Rent Increase Application (09/10 Expense Year) - October 2010 | Defs | S | Obj: Irrelevant and inadmissible pursuant to the Court's orders granting Plaintiff's Motions *in Limine* Nos. 4 and 5. (*See* Dkt Nos. 146 (granting Plaintiff's Motion *in Limine* No. 4 to exclude evidence regarding park value after July 2009) & 147 (granting Plaintiff's Motions *in Limine* No. 5 to exclude evidence of Plaintiff's rent increase applications in Years 3–5.)) | Relevant to Colony Cove's expectations at the time it purchased the Park, and to economic impact, because it indicates the Park is an increasingly profitable investment over the long term, as Colony Cove expected. | | |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 2020 | Staff Report for Year 4 Rent Increase Application (w/o exhibits) - March 2011 | Defs | S | Obj: Irrelevant and inadmissible pursuant to the Court's orders granting Plaintiff's Motions *in Limine* Nos. 4 and 5. (*See* Dkt Nos. 146 (granting Plaintiff's Motion *in Limine* No. 4 to exclude evidence regarding park value after July 2009) & 147 (granting Plaintiff's Motions *in Limine* No. 5 to exclude evidence of Plaintiff's rent increase applications in Years 3–5.)) | Relevant to Colony Cove's expectations at the time it purchased the Park, and to economic impact, because it indicates the Park is an increasingly profitable investment over the long term, as Colony Cove expected. | | |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 2021 | Staff's adjustments to claimed operating expenses for Year 4 Rent Increase Application [Exhibit pages D-21 to D-27 of Year 4 staff report] - March 2011 | Defs | S | Obj: Irrelevant and inadmissible pursuant to the Court's orders granting Plaintiff's Motions *in Limine* Nos. 4 and 5. (*See* Dkt Nos. 146 (granting Plaintiff's Motion *in Limine* No. 4 to exclude evidence regarding park value after July 2009) & 147 (granting Plaintiff's Motions *in Limine* No. 5 to exclude evidence of Plaintiff's rent increase applications in Years 3–5.)) | Relevant to Colony Cove's expectations at the time it purchased the Park, and to economic impact, because it indicates the Park is an increasingly profitable investment over the long term, as Colony Cove expected. | | |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 2022 | Staff's Year 4 Colony Cove Operating & Maintenance Expenses Calculations (08/09-09/10) [Exhibit page D-14 to Year 4 Staff Report] - March 2011 | Defs | S | Obj: Irrelevant and inadmissible pursuant to the Court's orders granting Plaintiff's Motions *in Limine* Nos. 4 and 5. (*See* Dkt Nos. 146 (granting Plaintiff's Motion *in Limine* No. 4 to exclude evidence regarding park value after July 2009) & 147 (granting Plaintiff's Motions *in Limine* No. 5 to exclude evidence of Plaintiff's rent increase applications in Years 3–5.)) | Relevant to Colony Cove's expectations at the time it purchased the Park, and to economic impact, because it indicates the Park is an increasingly profitable investment over the long term, as Colony Cove expected. | | |

47

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 2023 | Colony Cove's Year 5 Rent Increase Application (2011 Expense Year) - March 2012 | Defs | S | Obj: Irrelevant and inadmissible pursuant to the Court's orders granting Plaintiff's Motions *in Limine* Nos. 4 and 5. (*See* Dkt Nos. 146 (granting Plaintiff's Motion *in Limine* No. 4 to exclude evidence regarding park value after July 2009) & 147 (granting Plaintiff's Motions *in Limine* No. 5 to exclude evidence of Plaintiff's rent increase applications in Years 3–5.)) | Relevant to Colony Cove's expectations at the time it purchased the Park, and to economic impact, because it indicates the Park is a profitable investment over the long term, as Colony Cove expected. | | |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 2024 | Staff Report for Year 5 Rent Increase Application (w/o exhibits) - September 2012 | Defs | S | Obj: Irrelevant and inadmissible pursuant to the Court's orders granting Plaintiff's Motions *in Limine* Nos. 4 and 5. (*See* Dkt Nos. 146 (granting Plaintiff's Motion *in Limine* No. 4 to exclude evidence regarding park value after July 2009) & 147 (granting Plaintiff's Motions *in Limine* No. 5 to exclude evidence of Plaintiff's rent increase applications in Years 3--5.)) | Relevant to Colony Cove's expectations at the time it purchased the Park, and to economic impact, because it indicates the Park is a profitable investment over the long term, as Colony Cove expected. | | |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 2025 | Staff adjustments to claimed operating expenses for Year 5 Rent Increase Application [Exhibit pages D-23 to D-24 of Year 5 staff report] – September 2012 | Defs | S | Obj: Irrelevant and inadmissible pursuant to the Court's orders granting Plaintiff's Motions *in Limine* Nos. 4 and 5. (*See* Dkt Nos. 146 (granting Plaintiff's Motion *in Limine* No. 4 to exclude evidence regarding park value after July 2009) & 147 (granting Plaintiff's Motions *in Limine* No. 5 to exclude evidence of Plaintiff's rent increase applications in Years 3–5.)) | Relevant to Colony Cove's expectations at the time it purchased the Park, and to economic impact, because it indicates the Park is a profitable investment over the long term, as Colony Cove expected. | | |

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 2026 | Staff's Year 5 Colony Cove Operating & Maintenance Expenses Calculations (2009/2010-2011) [Exhibit page D-20 to Year 5 Staff Report] - September 2012 | Defs | S | Obj: Irrelevant and inadmissible pursuant to the Court's orders granting Plaintiff's Motions *in Limine* Nos. 4 and 5. (*See* Dkt Nos. 146 (granting Plaintiff's Motion *in Limine* No. 4 to exclude evidence regarding park value after July 2009) & 147 (granting Plaintiff's Motions *in Limine* No. 5 to exclude evidence of Plaintiff's rent increase applications in Years 3–5.)) | Relevant to Colony Cove's expectations at the time it purchased the Park, and to economic impact, because it indicates the Park is a profitable investment over the long term, as Colony Cove expected. | | |

51

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2027 | Carson Harbor Village, Resolution 84-057: Staff Report presented at Rent Increase Hearing CAR116770-CAR116772 | Defs | S | S | | | 4/28/16 |
| *2028 | Carson Harbor Village, Resolution 84-057: Application for Rent Increase CAR116775-116787 | Defs | S | S | | 4/28/16 | 4/28/16 |
| *2029 | Carson Harbor Village, Resolution 84-057: Board meeting minutes w/ Rochelle Brown testimony: relevant pages CAR116689, 116694-116694 (Relevant Excerpts) | Defs | S | | | | 4/28/16 |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2030 | Carson Harbor Village, Resolution 84-057: CHV Appraisal filed with first CHV application for rent increase CAR116793-CAR116810 | Defs | S | S | | | 4/28/16 |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2031 | Citation Mobilehome Park, Resolution 88-107: Staff Report presented at rent increase hearing CAR153957-CAR153979 | Defs | S | Obj: Irrelevant to Colony Cove's expectations because Mr. Goldstein was not aware of this report at the time that he purchased the Park. | Relevant to whether Colony Cove's expectations were reasonable, because shows that prior to purchase of Colony Cove the Board did not pass through a new owner's purchase debt service; a reasonable investor would have considered the entirety of the Board's past practice, not just that which the investor found favorable | | |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2032 | Citation Mobilehome Park, Resolution 88-107: Resolution 88-107 CAR179419-CAR179422 | Defs | S | Obj: Irrelevant to Colony Cove's expectations because Mr. Goldstein was not aware of this resolution at the time that he purchased the Park. | Relevant to whether Colony Cove's expectations were reasonable, because shows that prior to purchase of Colony Cove the Board did not pass through a new owner's purchase debt service; a reasonable investor would have considered the entirety of the Board's past practice, not just that which the investor found favorable | | |

55

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2033 | Citation Mobilehome Park, Resolution 88-107: Newspaper Article CAR154043-CAR154045 | Defs | S | Obj: Irrelevant to Colony Cove's expectations because Mr. Goldstein was not aware of this article at the time that he purchased the Park. | Relevant to whether Colony Cove's expectations were reasonable, because shows that prior to purchase of Colony Cove the Board did not pass through a new owner's purchase debt service; a reasonable investor would have considered the entirety of the Board's past practice, not just that which the investor found favorable | | |

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2034 | Nu-way Senior Mobilehome Park, Resolution 92-151: Staff Report + Exhibit A to Staff Report (Application for Rent Increase) CAR169043-CAR169062 | Defs | S | Obj: Irrelevant to Colony Cove's expectations because Mr. Goldstein was not aware of this report at the time that he purchased the Park. | Relevant to whether Colony Cove's expectations were reasonable, because shows that prior to purchase of Colony Cove the Board did not pass through a new owner's purchase debt service; a reasonable investor would have considered the entirety of the Board's past practice, not just that which the investor found favorable | | |

57

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2035 | Nu-way Senior Mobilehome Park, Board Resolution 92-151 CAR179642-CAR179645 | Defs | S | Obj: Irrelevant to Colony Cove's expectations because Mr. Goldstein was not aware of this resolution at the time that he purchased the Park. | Relevant to whether Colony Cove's expectations were reasonable, because shows that prior to purchase of Colony Cove the Board did not pass through a new owner's purchase debt service; a reasonable investor would have considered the entirety of the Board's past practice, not just that which the investor found favorable | | |

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2036 | Carson Gardens Trailer Lodge, Resolution 01-215: Staff Report + Exhibit A to Staff Report (Application for Rent Increase) CAR068289-CAR068330 | Defs | S | Obj: Irrelevant | Relevant to whether Colony Cove's expectations were reasonable, because shows that prior to purchase of Colony Cove the Board did not pass through a new owner's purchase debt service; a reasonable investor would have considered the entirety of the Board's past practice, not just that which the investor found favorable | | |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2037 | Carson Gardens Trailer Lodge, Resolution 01-215 CAR180043-CAR180047 | Defs | S | Obj: Irrelevant | Relevant to whether Colony Cove's expectations were reasonable, because shows that prior to purchase of Colony Cove the Board did not pass through a new owner's purchase debt service; a reasonable investor would have considered the entirety of the Board's past practice, not just that which the investor found favorable | | |

60

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2038 | Carson Gardens Trailer Lodge, Resolution 04-227 CAR180135-CAR180144 | Defs | S | Obj: Irrelevant. Los Angeles County Superior Court ultimately concluded that the Board erred in not taking into account debt service in this resolution and California Court of Appeal affirmed. | Relevant to whether Colony Cove's expectations were reasonable, because shows that prior to purchase of Colony Cove the Board did not pass through a new owner's purchase debt service; a reasonable investor would have considered the entirety of the Board's past practice, not just that which the investor found favorable | | |

61

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2039 | Carson Gardens Trailer Lodge, Resolution 04-227: Table of Historical Applications and Debt Service, 1996-2003 [excerpt from Exhibit J to Staff Report presented at Rent Application Hearing], pp. J25-J27 CAR000918-CAR000920 | Defs | Obj. This is an unidentified chart allegedly summarizing City resolutions regarding rent decisions that was prepared by unnamed staff. | Obj: Irrelevant to Colony Cove's expectations because the chart reference decisions that Mr. Goldstein was not aware of when purchasing the Park. | Relevant to whether Colony Cove's expectations were reasonable, because shows that prior to purchase of Colony Cove the Board did not pass through a new owner's purchase debt service; a reasonable investor would have considered the entirety of the Board's past practice, not just that which the investor found favorable | | |

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2040 | Carson Gardens Trailer Lodge, Resolution 04-227: *Analysis of Carson Gardens Rent Increase Application*, Dr. Kenneth K. Baar, dated March 2004 CAR000921-CAR00962 | Defs | S | Obj: Irrelevant. Los Angeles County Superior Court ultimately concluded that the Board had erred in not taking into account debt service in this resolution and California Court of Appeal affirmed. Improper expert testimony for the reasons set forth in Plaintiff's Motion *in Limine* No. 7. (*See* Dkt. No. 69.) | Relevant to whether Colony Cove's expectations were reasonable, because shows that prior to purchase of Colony Cove the Board did not pass through a new owner's purchase debt service; a reasonable investor would have considered the entirety of the Board's past practice, not just that which the investor found favorable | | |

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2041 | Carson Gardens Trailer Lodge, Resolution 2006-242 CAR180271-CAR180281 | Defs | S | Obj: Irrelevant to Mr. Goldstein's expectations *at the time he purchased the Park* because the resolution was handed down on June 28, 2006, and Mr. Goldstein purchased the Park in *April 2006.* | Relevant to whether Colony Cove's expectations at the time it purchased the Park were reasonable, because indicates Board's continuing use of formulas that disregard debt service. | | |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2042 | Paradise Trailer Park, Resolution 04-225: Staff Report + Exhibit A to Staff Report (Application for Rent Increase) CAR169272-CAR169302 | Defs | S | Obj: Irrelevant to Colony Cove's expectations because Mr. Goldstein was not aware of this resolution at the time that he purchased the Park. | Relevant to whether Colony Cove's expectations were reasonable, because shows that prior to purchase of Colony Cove the Board did not pass through a new owner's purchase debt service; a reasonable investor would have considered the entirety of the Board's past practice, not just that which the investor found favorable | | |

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2043 | Paradise Trailer Park, Resolution 04-225: Exhibit C to Staff Report, p. C10 – C28, *Analysis of Fair Return Issues for Paradise Trailer Lodge Rent Increase Application*, Dr. Kenneth K. Baar CAR169324-CAR169342 | Defs | S. | Obj: Irrelevant to Colony Cove's expectations because Mr. Goldstein was not aware of this resolution or report at the time that he purchased the Park. Improper expert opinion for the reasons set forth in Plaintiff's Motion *in Limine* No. 7. (*See* Dkt. No. 69.) Fair return analysis irrelevant to any issues to be tried. | Relevant to whether Colony Cove's expectations were reasonable, because shows that prior to purchase of Colony Cove the Board did not pass through a new owner's purchase debt service; a reasonable investor would have considered the entirety of the Board's past practice, not just that which the investor found favorable | 4/17 [signature] | |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2044 | Park Villa Mobile Estates, Resolution 04-226: Staff Report CAR171394-CAR171412 | Defs | S | Obj: Irrelevant to Colony Cove's expectations because Mr. Goldstein was not aware of this resolution at the time that he purchased the Park. | Relevant to whether Colony Cove's expectations at the time it purchased the Park were reasonable, because a reasonable purchaser would have considered the Board's past consideration of formulas that disregard purchase debt service | 4/29/16 | |

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2045 | Park Villa, Resolution 04-226: Exhibit D to Staff Report, *Analysis of Park Villa Mobilehome Park Rent Increase Application*, Dr. Kenneth K. Baar, dated May 2004, pp. D1-D51 CAR171452-CAR171502 | Defs | S. | Obj: Irrelevant to Colony Cove's expectations because Mr. Goldstein was not aware of this report at the time that he purchased the Park. Improper expert testimony for the reasons set forth in Plaintiff's Motion *in Limine* No. 7. (*See* Dkt. No. 69.) | Relevant to whether Colony Cove's expectations at the time it purchased the Park were reasonable, because a reasonable purchaser would have considered the Board's past consideration of formulas that disregard purchase debt service | 4/29/16 | |

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2046 | Park Villa Mobile Estates, Resolution 04-226 CAR180127-CAR180134 | Defs | S | Obj: Irrelevant to Colony Cove's expectations because Mr. Goldstein was not aware of this resolution at the time that he purchased the Park. | Relevant to whether Colony Cove's expectations at the time it purchased the Park were reasonable, because a reasonable purchaser would have considered the Board's past consideration of formulas that disregard purchase debt service | 4/8/14 | |

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2047 | Park Granada Mobilehome Park, Resolution 04-230: Staff Report + Exhibit A (Application for Rent Increase) CAR170375-CAR170404 | Defs | S | Obj: Irrelevant to Colony Cove's expectations because Mr. Goldstein was not aware of this report or application at the time that he purchased the Park. | Relevant to whether Colony Cove's expectations at the time it purchased the Park were reasonable, because a reasonable purchaser would have considered the Board's past consideration of formulas that disregard purchase debt service | | |

| | Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| | *2048 | Park Granada Mobilehome Park, Resolution 04-230: Exhibit D to Staff Report, *Analysis of Park Granada Rent Increase Application*, Dr. Kenneth K. Baar, dated September 2004, pp. D1-D30 CAR-170447-CAR170476 | Defs | S | Obj: Irrelevant to Colony Cove's expectations because Mr. Goldstein was not aware of this report at the time that he purchased the Park. Improper expert testimony for the reasons set forth in Plaintiff's Motion *in Limine* No. 7. (*See* Dkt. No. 69.) | Relevant to whether Colony Cove's expectations at the time it purchased the Park were reasonable, because a reasonable purchaser would have considered the Board's past consideration of formulas that disregard purchase debt service | | |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2049 | Park Granada Mobilehome Park, Resolution 04-230 CAR180169-CAR180176 | Defs | S | Obj: Irrelevant to Colony Cove's expectations because Mr. Goldstein was not aware of this resolution at the time that he purchased the Park. | Relevant to whether Colony Cove's expectations at the time it purchased the Park were reasonable, because a reasonable purchaser would have considered the Board's past consideration of formulas that disregard purchase debt service | | |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2050 | Laco Mobilehome Park, Resolution 2007-252 CAR180384-CAR180393 | Defs | S | Obj: Irrelevant to Mr. Goldstein's expectations *at the time he purchased the Park* because the Resolution was handed down in 2007, and Mr. Goldstein purchased the Park in *April 2006* | Relevant to whether Colony Cove's expectations at the time it purchased the Park were reasonable, because indicates Board's continuing use of formulas that disregard debt service. | | |
| *2051 | Carson Gardens Trailer Lodge, Resolution 2008-254 CAR180407-CAR180416 | Defs | S | Obj: Irrelevant to assessing reasonableness of expectations because the Resolution was handed down in 2008, and Mr. Goldstein purchased the park in April 2006. | Relevant to whether Colony Cove's expectations based on Exhibits 1005 and 1006 were reasonable, because Court of Appeal approved this resolution which does not pass through owner's purchase debt service | | |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2052 | Dominguez Trailer Park, Resolution 2008-259 CAR180462-CAR180468 | Defs | S | Obj: Irrelevant to assessing reasonableness of expectations because the Resolution was handed down in 2008, and Mr. Goldstein purchased the park in April 2006. | Relevant to whether Colony Cove's expectations at the time it purchased the Park were reasonable, because indicates Board's continuing use of formulas that disregard debt service. | | |

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2053 | Colony Cove Mobile Estates, Resolution 2010-277 CAR180663-CAR180689 | Defs | S | Obj: Irrelevant and inadmissible pursuant to the Court's orders granting Plaintiff's Motions *in Limine* Nos. 4 and 5. (*See* Dkt Nos. 146 (granting Plaintiff's Motion *in Limine* No. 4 to exclude evidence regarding park value after July 2009) & 147 (granting Plaintiff's Motions *in Limine* No. 5 to exclude evidence of Plaintiff's rent increase applications in Years 3–5.)) | Relevant to Colony Cove's expectations at the time it purchased the Park, and to economic impact, because it indicates the Park an increasingly profitable investment over the long term, as Colony Cove expected. | | |

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2054 | Colony Cove Mobile Estates, Resolution 2011-289 CAR180797-CAR180815 | Defs | S | Obj: Irrelevant and inadmissible pursuant to the Court's orders granting Plaintiff's Motions *in Limine* Nos. 4 and 5. (*See* Dkt Nos. 146 (granting Plaintiff's Motion *in Limine* No. 4 to exclude evidence regarding park value after July 2009) & 147 (granting Plaintiff's Motions *in Limine* No. 5 to exclude evidence of Plaintiff's rent increase applications in Years 3– 5.)) | Relevant to Colony Cove's expectations at the time it purchased the Park, and to economic impact, because it indicates the Park is an increasingly profitable investment over the long term, as Colony Cove expected. | | |

Case No. CV 14-03242 PSG (PJWx)

REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2055 | Colony Cove Mobile Estates, Resolution 2012-306 CAR180901-CAR180919 | Defs | S | Obj: Irrelevant and inadmissible pursuant to the Court's orders granting Plaintiff's Motions *in Limine* Nos. 4 and 5. (*See* Dkt Nos. 146 (granting Plaintiff's Motion *in Limine* No. 4 to exclude evidence regarding park value after July 2009) & 147 (granting Plaintiff's Motions *in Limine* No. 5 to exclude evidence of Plaintiff's rent increase applications in Years 3–5.)) | Relevant to Colony Cove's expectations at the time it purchased the Park, and to economic impact, because it indicates the Park is an increasingly profitable investment over the long term, as Colony Cove expected. | | |

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2056 | Park Avalon Mobile Estates, Resolution 81-025 CAR170208-CAR170209 | Defs | S | Obj: Irrelevant to Colony Cove's expectations because Mr. Goldstein was not aware of this resolution at the time that he purchased the Park. | Relevant to whether Colony Cove's expectations at the time it purchased the Park were reasonable, because a reasonable purchaser would have considered the entirety of the Board's past practices regarding treatment of purchase debt service expenses, not just that which investor found favorable | | |

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2057 | Imperial Carson Mobile Estates, Resolution 92-153 CAR179656-CAR179663 | Defs | S | Obj: Irrelevant to Colony Cove's expectations because Mr. Goldstein was not aware of this resolution at the time that he purchased the Park. | Relevant to whether Colony Cove's expectations were reasonable, because shows the Board did not always pass through 100% of purchase debt service; a reasonable investor would have considered the entirety of the Board's past practice, not just that which investor found favorable | | |

| Exhibit No. | Description | Offered By | Authenticity: Stipulated or Objection? | Admissibility: Stipulated or Objection? | Argument in Support of Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| *2058 | Imperial Carson Mobile Estates, Resolution 92-153: Staff Report presented at rent increase hearing CAR122344-CAR122356 | Defs | S | Obj: Irrelevant to Colony Cove's expectations because Mr. Goldstein was not aware of this resolution at the time that he purchased the Park. | Relevant to whether Colony Cove's expectations were reasonable, because shows the Board did not always pass through 100% of purchase debt service; a reasonable investor would have considered the entirety of the Board's past practice, not just that which investor found favorable | | |

\* Asterisk indicates exhibits which a party may offer if the need arises.

80

Case No. CV 14-03242 PSG (PJWx)
REVISED JOINT EXHIBIT LIST

DATED:  April 26, 2016

Respectfully submitted,

GILCHRIST & RUTTER
Professional Corporation

&

O'MELVENY & MYERS LLP


By:     /s/ Matthew W. Close
        MATTHEW W. CLOSE
        DIMITRI D. PORTNOI
        O'MELVENY & MYERS LLP
        400 South Hope Street
        Los Angeles, CA 90071–2899
        Telephone: (213) 430-6000
        Facsimile: (213) 430-6407

        RICHARD H. CLOSE (Bar No. 50298)
        rclose@gilchristrutter.com
        THOMAS W. CASPARIAN (Bar No. 169763)
        tcasparian@gilchristrutter.com
        YEN N. HOPE (Bar No. 233880)
        yhope@gilchristrutter.com
        GILCHRIST & RUTTER
        Professional Corporation
        1299 Ocean Avenue, Suite 900
        Santa Monica, California 90401–1000
        Telephone: (310) 393-4000
        Facsimile: (310) 394-4700

        Attorneys for Plaintiff
        Colony Cove Properties, LLC

81

1  DATED: April 26, 2016                 ALESHIRE & WYNDER, LLP

2

3                                        By:    /s/ Jeff M. Malawy
4                                               Sunny K. Soltani
                                                June S. Ailin
5                                               Stephen R. Onstot
                                                Jeff M. Malawy
6                                               Margaret W. Rose
                                                Laura Leitner
7                                               ALESHIRE & WYNDER, LLP
8                                               18881 Von Karman Avenue, Suite 1700
                                                Irvine, California 92612
9                                               Telephone: (949) 223-1170
                                                Facsimile: (949) 223-1180
10

11                                              Attorneys for Defendants City of Carson
                                                and City of Carson Mobilehome Park
12                                              Rental Review Board, a public
                                                administrative body
13

14

15

16

17                              **ATTESTATION**

18      I hereby attest that the other signatory listed, on whose behalf this filing is

19  submitted, concurs in the filing's content and has authorized the filing.

20

21  Dated: April 26, 2016                  O'MELVENY & MYERS LLP

22                                         By:   /s/ Matthew W. Close
                                                 Matthew W. Close
23

24

25

26

27

28