MATTHEW W. CLOSE (Bar No. 188570)
mclose@omm.com
DIMITRI D. PORTNOI (Bar No. 282871)
dportnoi@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

RICHARD H. CLOSE (Bar No. 50298)
rclose@gilchristrutter.com
THOMAS W. CASPARIAN (Bar No. 169763)
tcasparian@gilchristrutter.com
YEN N. HOPE (Bar No. 233880)
yhope@gilchristrutter.com
GILCHRIST & RUTTER
Professional Corporation
1299 Ocean Avenue, Suite 900
Santa Monica, California 90401-1000
Telephone: (310) 393-4000
Facsimile: (310) 394-4700

Attorneys for Plaintiff Colony Cove
Properties, LLC

E-FILED 5/16/16

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY COVE PROPERTIES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CARSON, a municipal corporation; CITY OF CARSON MOBILEHOME PARK RENTAL REVIEW BOARD, a public administrative body; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. CV 14-03242 PSG (PJWx)<br><br>**[~~PROPOSED~~] JUDGMENT**<br><br>*[Fed. R. Civ. P. 54]*<br><br>Courtroom: 880<br>Judge: Hon. Philip S. Gutierrez |

On April 28, 2014, Plaintiff Colony Cove Properties, LLC commenced this action against Defendants City of Carson and City of Carson Mobilehome Park Rental Review Board seeking damages and declaratory relief under 42 U.S.C. § 1983 for a regulatory taking without just compensation in violation of the Fifth Amendment to the United States Constitution.  Beginning on April 28, 2016, Plaintiff's claim for relief was tried to a jury.  On May 5, 2016, the jury duly rendered a unanimous verdict in Plaintiff's favor.  (Dkt. No. 194.)  Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. That Defendants City of Carson's and City of Carson Mobilehome Park Rental Review Board's (collectively, "Defendants") decisions with respect to Plaintiff Colony Cove Properties, LLC's ("Plaintiff") rent-increase application submitted in September 2007 constituted a regulatory taking without just compensation in violation of the Fifth Amendment to the United States Constitution;
2. That Defendants' decisions with respect to Plaintiff's rent-increase application submitted in September 2008 constituted a regulatory taking without just compensation in violation of the Fifth Amendment to the United States Constitution;
3. That Plaintiff recover $3,336,056 in damages, jointly and severally, from Defendants; and
4. That Plaintiff may file any attorneys' fees motion and/or application for costs in accordance with Rule 54(d) of the Federal Rules of Civil Procedure and the Local Rules.

| | |
|---|---|
| 1 | IT IS SO ADJUDGED. |
| 2 | |
| 3 | |
| 4 | DATED this  16th  day of May, 2016. |
| 5 | |
| 6 | PHILIP S. GUTIERREZ<br>_____ |
| 7 | The Honorable Philip S. Gutierrez<br>United States District Judge |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |