

ALESHIRE & WYNDER, LLP
SUNNY K. SOLTANI, State Bar No. 209774
  *ssoltani@awattorneys.com*
JUNE S. AILIN, State Bar 109498
  *jailin@awattorneys.com*
STEPHEN R. ONSTOT, State Bar No. 139319
  *sonstot@awattorneys.com*
JEFF M. MALAWY, State Bar No. 252428
  *jmalawy@awattorneys.com*
18881 Von Karman Avenue, Suite 1700
Irvine, California 92612
Telephone: (949) 223.1170
Facsimile: (949) 223.1180

Attorneys for Defendants
CITY OF CARSON and CITY OF
CARSON MOBILEHOME PARK
RENTAL REVIEW BOARD

E-FILED
SEPT 4 2018
Document # _____
JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COLONY COVE PROPERTIES, LLC a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CARSON, a municipal corporation; CITY OF CARSON MOBILEHOME PARK RENTAL REVIEW BOARD, a public administrative body; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. CV14-03242 PSG (PJWx)<br><br>Assigned to:<br>Hon. Philip S. Gutierrez<br>Courtroom 6A<br><br>[~~PROPOSED~~] JUDGMENT AFTER APPEAL |

On August 25, 2016, the Court entered a final Amended Judgment *Nunc Pro Tunc* in favor of Plaintiff, Colony Cove Properties, LLC in this action. On August 30, 2016, Defendants, City of Carson and City of Carson Mobilehome Park Rental Review Board filed a notice of appeal to the Ninth Circuit Court of Appeals.

On April 23, 2018, the Ninth Circuit Court of Appeals reversed the August 30, 2016 judgment and remanded with instructions for the District Court to enter judgment in favor of Defendants. The Ninth Circuit denied Plaintiff's petition for rehearing/rehearing en banc on July 3, 2018. The Ninth Circuit issued its mandate on July 11, 2018.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. That the judgment entered on August 25, 2016 is hereby vacated; and

2. That judgment is entered in favor of Defendants, City of Carson and City of Carson Mobilehome Park Rental Review Board; and

3. That Plaintiff shall recover nothing; and

4. That this action is dismissed on the merits; and

5. That Defendants shall recover costs from Plaintiff, Colony Cove Properties, LLC in the amount of $89,127.41.

IT IS SO ADJUDGED.

DATED this _____ day of August, 2018.

9/4/18

_____
The Honorable Philip S. Gutierrez
United States District Judge